Suzanne C. Leidner
LEIDNER & LEIDNER
2000 Riverside Drive
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323) 663-0840
eMail: scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
OSCAR LOPEZ

*UNITED STATES DISTRICT COURT*
CENTRAL DISTRICT OF CALIFORNIA.

| | |
|---|---|
| OSCAR LOPEZ ) <br> ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) | CASE NO.: 2:15-CV-01020 DTB <br><br> [~~Proposed~~] Order Awarding EAJA Fees |

     IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded

///

///

///

-1-

-2-

attorney fees under EAJA in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS and 00/100 cents ($4,100.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: MARCH 9, 2016

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE